3:00CR 308 Keep

FILED
SCRANTON   Keep
FEB 1 2 2008
PER _____
DEPUTY CLERK

NAME OF DECEDENT: Kristopher Currier

**COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS**

## CERTIFICATE OF DEATH
(Coroner)

Cause of death: Multiple Traumatic Injuries

Time of death: 5:00 AM
Date of death: June 17, 2004

Place: Harrisburg — Cameron & Mulberry Streets

Hit by tractor trailer

Signed by Deputy Coroner, June 17, 2004

Harrisburg, PA



## COURT OF COMMON PLEAS OF THE 39TH JUDICIAL DISTRICT OF PENNSYLVANIA
## FRANKLIN COUNTY BRANCH

Douglas W. Herman, *Judge*
Richard J. Walsh, *Judge*
Carol L. Van Horn, *Judge*

John R. Walker, *President Judge*

**Adult Probation**
**DUI Program**
(717) 264-6613

FRANKLIN COUNTY PROBATION DEPARTMENT
440 Walker Road
Chambersburg, Pennsylvania 17201-9798
FAX: (717) 264-8934
Telecommunication Device for Deaf (717) 264-8474
www.fcpd.com

Payment Division
(717) 264-8413

Pre-Release Unit
(717) 264-8153

# Fax

To: Nancy Edmunds          From: Jean Frazier
Fax: (910) 357-9475        Pages: 2
Date:
Re: Death Card for Kristopher Cramer

**NOTICE OF CONFIDENTIALITY**
This information is intended only for the use of the entity to whom it is addressed and may contain information which is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at **(717) 264-6613**, and destroy the message you received.

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☒ Please Recycle

• Comments: